CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 4 2010

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLAYTON BROWN,                        )
     Plaintiff,                      )        Civil Action No. 7:10-cv-00192
                                     )
v.                                    )        **FINAL ORDER**
                                     )
WARDEN MATHENA, et al.,               )        By: Samuel G. Wilson
     Defendants.                     )        United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim; and

this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and the accompanying

Memorandum Opinion to the plaintiff.

**ENTER**: This *14th* day of May, 2010.

_____
United States District Judge